## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TRISTAR INSURANCE GROUP, INC.

        *Plaintiff*,

v.

TRISTAR CLAIM SOLUTIONS, LLC,

        *Defendant*.

Case No. 8:23-cv-00739-MSS-SPF

## STIPULATED PERMANENT INJUNCTION

**THIS CAUSE** comes before the Court on stipulation of the Parties, having entered into a settlement agreement, and hereby consenting to the Court's entry of a stipulated permanent injunction. (Dkt. 28-1) On stipulation of the Parties, the Court finds as follows:

### FINDINGS

1. The Court has jurisdiction over this matter.

2. Plaintiff's complaint alleges federal trademark infringement under Section 32 of the Federal Trademark Act of 1946, as amended (the "Lanham Act"), 15 U.S.C. § 1114; false designation of origin and unfair competition under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and common law trademark infringement and unfair competition.

3.  Defendant does not admit liability or wrongdoing except as specifically stated in this Order. For purposes of this action, Defendant admits the facts necessary to establish jurisdiction.

4.  Defendant and Plaintiff waive all rights to appeal or otherwise challenge or contest the validity of this Order.

## DEFINITIONS

For purposes of this Order, the following definitions apply:

1.  "Compliance Date" means three months after the Effective Date of the Parties' Settlement Agreement, as defined therein.

2.  "Domain Names" means Defendant's "tristarclaimsolutions.com" registration and "tristarclaimssolutions.com" registration.

3.  "Settlement Agreement" means the Confidential Settlement Agreement and Mutual Release executed by the Parties to resolve this action.

4.  "TRISTAR Marks" means Plaintiff's several federally registered trademarks, including:

| Mark | Reg. No. | Goods/Services |
|------|----------|----------------|
| TRISTAR | 4535836 | Administering legally mandated and employer-sponsored employee leave-of-absence and disability leave programs as well as employee leave programs covered by the Family Medical Leave Act; medical cost management and cost containment services involving insured and self- insured workers' compensation, disability, and liability claims, in Class 35<br><br>Insurance claims adjusting services, compiling and analyzing claims-related statistics, data, and other sources of information for financial and insurance risk management purposes, insurance loss prevention and control services, and structured settlement services for liability claims in the fields of property and casualty insurance as well as for self-insurance programs; claims administration of insured and self-insured employee medical and dental benefit plans, employee wellness programs, and COBRA; administration of flexible-spending accounts concerning employee health and welfare benefits; insurance agency and brokerage services, in Class 36<br><br>Investigation related to insurance claims for others, in Class 45 |
| TRISTAR (Stylized)<br><br>TRISTAR | 4716964 | Administering legally mandated and employer-sponsored employee leave-of-absence and disability leave programs as well as employee leave programs covered by the Family Medical Leave Act; medical cost management and cost containment services involving insured and self- insured workers' compensation, disability, and liability claims, in Class 35<br><br>Insurance claims adjusting services, compiling and analyzing claims-related statistics, data, and other sources of information for financial and insurance risk management purposes, insurance loss prevention and control services, and structured settlement services for liability claims in the fields of property and casualty insurance as well as for self-insurance programs; claims administration of insured and self-insured employee medical and dental benefit plans, employee wellness programs, and COBRA; administration of flexible-spending accounts concerning employee health and welfare benefits; insurance agency and brokerage services, in Class 36 |

| Mark | Reg. No. | Goods/Services |
|---|---|---|
| TRISTAR (and Design) | 4716965 | Administering legally mandated and employer-sponsored employee leave-of-absence and disability leave programs as well as employee leave programs covered by the Family Medical Leave Act; medical cost management and cost containment services involving insured and self- insured workers' compensation, disability, and liability claims, in Class 35<br><br>Insurance claims adjusting services, compiling and analyzing claims-related statistics, data, and other sources of information for financial and insurance risk management purposes, insurance loss prevention and control services, and structured settlement services for liability claims in the fields of property and casualty insurance as well as for self-insurance programs; claims administration of insured and self-insured employee medical and dental benefit plans, employee wellness programs, and COBRA; administration of flexible-spending accounts concerning employee health and welfare benefits; insurance agency and brokerage services, in Class 36 |

## INJUNCTION CONCERNING THE TRISTAR MARKS

**IT IS ORDERED** that, no later than the Compliance Date,

1.  Defendant, including its predecessors-in-interest, successors, related entities, subsidiaries, sister and/or brother companies, parents, affiliated companies, affiliates (and their respective shareholders, members, partners, officers, directors, managers, employees, independent contractors, licensees, agents, representatives, insurers, attorneys, and heirs and assigns), is permanently restrained and enjoined from:

   a.    Using the TRISTAR Marks or any other names, slogans, tag lines, or marks confusingly similar to the TRISTAR Marks;

b.      Using the phrase "Tristar" and any similar names as company names, tradenames, trademarks, service marks, domain names (including tristarclaimsolutions.com), or other source-identifiers, in all forms and on all mediums, including, without limitation, email addresses, on its website, in all marketing and promotional material, and in all social media; and

c.      Using, registering or attempting to register, in any jurisdiction, whether directly or indirectly, any mark that (i) contains the phrase "Tristar" or (ii) is confusingly similar to the Tristar Marks, whether as a business name, trademark, service mark, domain name or other source- identifier.

2.   Defendant shall:

a.      File Articles of Dissolution of Tristar Claim Solutions, LLC with the Florida Secretary of State and shall change its name and begin doing business under a different name that does not include the phrase "Tristar," and shall effectuate corresponding changes to the name of its company wherever Defendant does business;

b.      Complete the transition of its name and notify its customers and the public of the same in accordance with the Parties' Settlement Agreement;

c.     Destroy any remaining physical materials including the phrase "Tristar," including, without limitation, business cards, brochures, and signage; and

d.     Transfer to Plaintiff the Domain Names in accordance with the Parties' Settlement Agreement.

**IT IS FURTHER ORDERED** that:

3.  This lawsuit is voluntarily dismissed with prejudice, with no fees or costs as to any party except as specifically provided in the Parties' Settlement Agreement.

4.  This Court shall retain jurisdiction over this matter for the purpose of enforcing this Stipulated Permanent Injunction and the Parties' Settlement Agreement.

5.  The Clerk shall enter judgment for the Plaintiff and Against the Defendant consistent with this Order, terminate any pending motions, and **CLOSE THIS CASE**.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of December 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any pro se party